# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**TAREEA FORD**                                                                                          **PLAINTIFF**

V.                                   CASE NO. 1:14CV00031-BD

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                                **DEFENDANT**

## JUDGMENT

Plaintiff Tareea Ford's appeal is denied, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 30th day of September, 2014.

_____
UNITED STATES MAGISTRATE JUDGE